

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  | § | No. 08-14-00315-CV |
| IN RE: ALEJANDRO HERNANDEZ AND EDITH ROMAN, | § | AN ORIGINAL PROCEEDING |
|  | § |  |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## MEMORANDUM OPINION

Relators, Alejandro Hernandez and Edith Roman, have filed a *pro se* petition for writ of mandamus against the Honorable Thomas Spieczny, Judge of the County Court at Law No. 7 of El Paso County, Texas. They ask that we order Respondent to set aside an order entered on November 21, 2014 staying cause number 2014-DCV0146, styled *Alejandro Hernandez and Edith Roman v. Danielle McCulley a/k/a Danielle McCully-Stogner*, pending resolution of a criminal case (cause number 20130C13537 pending in the County Court at Law No. 3 of El Paso County). Relators have also filed a motion for emergency relief.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we conclude that Relators have not established they are entitled to mandamus relief. Accordingly,

we deny the petition for writ of mandamus and the motion for emergency relief. *See* TEX.R.APP.P. 52.8(a), 52.10.

January 14, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.